HELEN PETTIT, ADMINISTRATRIX, ETC., v. PENNSYLVA-
NIA RAILROAD COMPANY.

Decided June 7, 1923.

### Negligence—At Railroad Crossing—Collision Between Train and Truck—Weight of Evidence.

On defendant's rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices SWAYZE
and TRENCHARD.

For the rule, *John S. Applegate & Son.*

*Contra, Ward Kremer.*

PER CURIAM.

This suit was brought to recover compensation for the
death of Alvin Pettit, who was killed at about half-past
six in the evening of the 24th of December, 1920, at a rail-
road crossing at Bradley Beach. Decedent was driving a
delivery truck over the crossing, and was run into by a train
of the defendant company, traveling northbound. The trial
resulted in a verdict in favor of the plaintiff, and a number
of reasons are advanced in support of the contention that the
rule to show cause must be made absolute. Two of those
reasons are that the verdict of the jury that the defendant
company failed to give the requisite signals of the approach
of the train to the crossing was contrary to the great weight
of the evidence, and, that its finding that the decedent did
not contribute to the accident by his own negligence was
also in the face of the great preponderance of the evidence.
We have carefully examined the proof, and think that both
of these contentions are well founded.

The rule to show cause will be made absolute.